| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gerald Wolfe<br>Law Office of Gerald Wolfe<br>6B Liberty, Suite 210<br>Aliso Viejo, CA 92656<br>949-257-0961 Fax: 949-878-4640<br>California State Bar Number: 180599<br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:09-bk-41343 |
|---|---|
| In re<br><br>Mark Kevin Ziegenhagen<br>Janet Elizabeth Ziegenhagen<br><br>                                                    Debtor(s). | **DECLARATION RE PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS**[1] **(PRECONFIRMATION)**<br>Confirmation Hearing set for: |

In a joint case, each debtor must file a separate form. This declaration must be filed with the court and served on the Chapter 13 trustee not later than 10 days before the meeting of creditors pursuant to 11 U.S.C. § 341(a). Further declarations on the status of the Debtor's domestic support obligations must be filed on or before the date of <u>each hearing</u> on confirmation of the Debtor's plan. Check the appropriate boxes.

I, __Mark Kevin Ziegenhagen__ (Debtor's name), hereby declare:

☐ As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that first became payable after the date of the filing of the petition.

☐ No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my plan set forth above.

☐ As of the date of this declaration, I have NOT paid all amounts that are required to be paid under a domestic support obligation that first became payable after the date of the filing of the petition.

☒ I do not owe any domestic support obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 4, 2009                    /s/ Mark Kevin Ziegenhagen
                                            Mark Kevin Ziegenhagen
                                            Debtor

---

[1] The term "domestic support obligation" is defined in 11 U.S.C. § 101(14A).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                        F 3015-1.6
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Gerald Wolfe<br>Law Office of Gerald Wolfe<br>6B Liberty, Suite 210<br>Aliso Viejo, CA 92656<br>949-267-0861 Fax: 949-878-4840<br>California State Bar Number: 180599<br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 2:09-bk-41343 |
| In re<br><br>Mark Kevin Ziegenhagen<br>Janet Elizabeth Ziegenhagen<br><br>Debtor(s). | **DECLARATION RE PAYMENT OF**<br>**DOMESTIC SUPPORT OBLIGATIONS**[1]<br>**(PRECONFIRMATION)**<br>Confirmation Hearing set for: |

In a joint case, each debtor must file a separate form. This declaration must be filed with the court and served on the Chapter 13 trustee not later than 10 days before the meeting of creditors pursuant to 11 U.S.C. § 341(a). Further declarations on the status of the Debtor's domestic support obligations must be filed on or before the date of *each hearing* on confirmation of the Debtor's plan. Check the appropriate boxes.

I, __Janet Elizabeth Ziegenhagen__ (Debtor's name), hereby declare:

☐ As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that first became payable after the date of the filing of the petition.

☐ No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my set forth above.

☐ As of the date of this declaration, I have NOT paid all amounts that are required to be paid under a domestic support obligation that first became payable after the date of the filing of the petition.

☒ I do not owe any domestic support obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __December 4, 2009__        /s/ Janet Elizabeth Ziegenhagen
                                    Janet Elizabeth Ziegenhagen
                                    Debtor

---

[1] The term "domestic support obligation" is defined in 11 U.S.C. § 101(14A).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                            F 3015-1.8
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>**Gerald Wolfe**<br>**Law Office of Gerald Wolfe**<br>**6B Liberty, Suite 210**<br>**Aliso Viejo, CA 92656**<br>**949-257-0961 Fax: 949-878-4840**<br>California State Bar Number: 180599<br><br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:09-bk-41343 |
| In re<br><br>**Mark Kevin Ziegenhagen**<br>**Janet Elizabeth Ziegenhagen**<br><br>Debtor(s). | **DECLARATION RE TAX RETURNS (PRECONFIRMATION)**<br><br>Confirmation Hearing set for: |

*In a joint case, each debtor must file a separate form. This declaration must be filed with the court and served on the Chapter 13 trustee not later than 10 days before the date on which the meeting of creditors pursuant to 11 U.S.C. § 341(a) is first scheduled. Check the appropriate boxes.*

I, __Mark Kevin Ziegenhagen__ (Debtor's name), hereby declare:

☐ I have filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4 year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308.

☒ I have NOT filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4 year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308. I have not filed the following return(s) for the following years:[1]

| Year | Taxing Authority (federal, state, or local) | Proposed Date for Filing Return |
|---|---|---|
| 2008 | Federal, State, local | Dec 10, 2009 |

☐ I am not required to file federal, state, or local tax returns because: _____

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __December 4, 2009__

/s/ Mark Kevin Ziegenhagen
Mark Kevin Ziegenhagen
*Debtor*

---

[1] Attach additional pages as necessary.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.9
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL (800) 492-8037    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Gerald Wolfe<br>Law Office of Gerald Wolfe<br>6B Liberty, Suite 210<br>Aliso Viejo, CA 92656<br>949-257-0961 Fax: 949-876-4840<br>California State Bar Number: 180599<br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:09-bk-41343 |
| In re<br>Mark Kevin Ziegenhagen<br>Janet Elizabeth Ziegenhagen<br>Debtor(s). | DECLARATION RE TAX RETURNS<br>(PRECONFIRMATION)<br>Confirmation Hearing set for: |

*In a joint case, each debtor must file a separate form. This declaration must be filed with the court and served on the Chapter 13 trustee not later than 10 days before the date on which the meeting of creditors pursuant to 11 U.S.C. § 341(a) is first scheduled. Check the appropriate boxes.*

I, __Janet Elizabeth Ziegenhagen__ (Debtor's name), hereby declare:

☐ I have filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4 year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308.

☒ I have NOT filed all tax returns required to be filed with federal, state, or local taxing authorities for all taxable periods ending during the 4 year period ending on the date of the filing of the petition, as required by 11 U.S.C. § 1308. I have not filed the following return(s) for the following years:[1]

| Year | Taxing Authority (federal, state, or local) | Proposed Date for Filing Return |
|---|---|---|
| 2008 | Federal, State, local | Dec 10, 2009 |

☐ I am not required to file federal, state, or local tax returns because: _____

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 4, 2009

/s/ Janet Elizabeth Ziegenhagen
Janet Elizabeth Ziegenhagen
Debtor

[1] Attach additional pages as necessary.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 3015-1.9
Best Case Bankruptcy