| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gerald Wolfe<br>Law Office of Gerald Wolfe<br>6B Liberty, Suite 210<br>Aliso Viejo, CA 92656<br>949-257-0961 Fax: 949-878-4840<br>California State Bar Number: 180599<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:09-bk-41343 |
| In re<br><br>Mark Kevin Ziegenhagen<br>Janet Elizabeth Ziegenhagen<br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY RULE 3015-1(m) |

I, **Mark Kevin Ziegenhagen & Janet Elizabeth Ziegenhagen** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **11/09/2009**.

2. I am the owner of real property[1] at the following street address:

    **6536 E. Don Julio St.**

    **Long Beach, CA 90815** (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **U.S. Bank Home Mortgage**.

    b. Second deed of trust in favor of ____ *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 5*

| In re                                              | CHAPTER 13                     |
|----------------------------------------------------|--------------------------------|
| Mark Kevin Ziegenhagen<br>Janet Elizabeth Ziegenhagen<br>Debtor(s). | CASE NUMBER 2:09-bk-41343 |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| U.S. Bank Home Mortgage | $3964.54 | 12/1/09 | 12/8/09 |
| Creditor | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2] Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4] Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 5*

| In re | | CHAPTER 13 |
|---|---|---|
| Mark Kevin Ziegenhagen<br>Janet Elizabeth Ziegenhagen | Debtor(s). | CASE NUMBER 2:09-bk-41343 |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date __December 4, 2009__    Signature __/s/ Mark Kevin Ziegenhagen__
                                        Mark Kevin Ziegenhagen
                                        Debtor

Date __December 4, 2009__    Signature __/s/ Janet Elizabeth Ziegenhagen__
                                        Janet Elizabeth Ziegenhagen
                                        Joint Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 3015-1.4

January 2009

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy





US BANK
3501 JAMBOREE ROAD
NEWPORT BEACH, CA 92660

7008 0500 0000 0718 7335

```
              BRYANT POSTAL STORE
              LONG BEACH, California
                   908159995
                 0544850006 -0097
  12/08/2009    (562)596-7153    12:28:45 PM

                  Sales Receipt
  Product          Sale  Unit        Final
  Description      Qty   Price       Price

  NEWPORT BEACH CA 92660              $0.44
  Zone-1 First-Class
  Letter
  0.60 oz.
    Return Rcpt (Green Card)          $2.30
    Certified                         $2.80
    Label #:      70080500000007187335
                                   =========
  Issue PVI:                          $5.54

  Total:                              $5.54

  Paid by:
  Cash                               $10.00
  Change Due:                        -$4.46

  Order stamps at USPS.com/shop or call
  1-800-Stamp24. Go to USPS.com/clicknship
  to print shipping labels with postage.
  For other information call 1-800-ASK-USPS.

  Bill#: 1000304421935
  Clerk: 11

     All sales final on stamps and postage
     Refunds for guaranteed services only
          Thank you for your business

                PICK UP A FREE
              RECYCLING ENVELOPE
     Take an envelope to recycle your inkjet
     cartridge, cell phone or small electronics
                 free of charge!


              HELP US SERVE YOU BETTER

     Go to: https://postalexperience.com/Pos

           TELL US ABOUT YOUR RECENT
               POSTAL EXPERIENCE

               YOUR OPINION COUNTS


                    Customer Copy
```